IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JASON SCOTT MORRIS,

      Plaintiff,

v.          CIVIL ACTION NO. 3:17-1148
            (Consolidated Case No. 3:17-1370)

WESTERN REGIONAL JAIL;
JIM REBENSTIEN, Commissioner;
and JANET PETTEY, Division of
Corrections Movement Coordinator,

      Defendants.

**MEMORANDUM OPINION AND ORDER**

  This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendants' motions to dismiss (ECF Nos. 10, 13); and dismiss Morris's complaints, with prejudice (ECF No. 2). No party has filed objections to the Magistrate Judge's findings and recommendations.

  Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendants' motions to dismiss (ECF Nos. 10, 13); and **DISMISSES** Morris's complaints, **with prejudice** (ECF No. 2), consistent with the findings and recommendations.

  The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

          ENTER:  September 14, 2017

          _____
          ROBERT C. CHAMBERS
          UNITED STATES DISTRICT JUDGE